1  **DOLL AMIR & ELEY LLP**
   GREGORY L. DOLL (SBN 193205)
2  MARY TESH GLARUM (SBN 175181)
   1888 Century Park East
3  Suite 1106
   Los Angeles, California 90067
4  Telephone: (310) 557-9100
   Facsimile: (310) 557-9101
5
   Attorneys for Defendants
6  AUTONOMY CORPORATION PLC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
   GA ESCROW, LLC, a Delaware limited          CASE NO. C-08-01784 JL
11 liability company, a Representative for the
   Escrow Participants,                         **PROOF OF SERVICE OF (1) NOTICE OF
12                                              REMOVAL OF ACTION PURSUANT TO
                   Plaintiff,                   28 U.S.C. § 1441, (2) ORDER SETTING
13                                              INITIAL CASE MANAGEMENT
          v.                                    CONFERENCE AND ADR DEADLINES, (3)
14                                              NOTICE OF ASSIGNMENT OF CASE TO
   AUTONOMY CORPORATION PLC, a                  A U.S. MAGISTRATE JUDGE FOR TRIAL,
15 corporation formed under the laws of England AND (4) SUPPLEMENTARY CASE
   and Wales                                    MANAGEMENT MATERIAL, PURSUANT
16                                              TO LOCAL RULE 4-2**
                   Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1106, Los Angeles, California 90067.

On April 7, 2008, I served the foregoing document(s) described as **(1) NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441, (2) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, (3) NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL, AND (4) SUPPLEMENTARY CASE MANAGEMENT MATERIAL** on the parties in this action by serving:

>   Arthur J. Shartsis, Esq.
>   Gregg S. Farano, Esq.
>   Shartsis Friese LLP
>   One Maritime Plaza, 18th Floor
>   San Francisco, CA 94111

( X ) **By Envelope**: by placing ( ) the original ( X ) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

( X ) **By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )   **By Personal Service:** I delivered such envelope by hand to the offices of the addressee(s).

( )   **By Federal Express:** I caused the envelope(s) to be delivered to the Federal Express office for delivery on the next-business-day basis to the offices of the addressee(s).

Executed on April 7, 2008 at Los Angeles, California.

( )   **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X)   **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Susan Reimers