1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GA ESCROW, LLC

        Plaintiff(s),

v.

AUTONOMY CORPORATION, PLC

        Defendant(s).

No. C 08--01784 JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: APRIL 9, 2008

Signature _____

Counsel for Defendant Autonomy Corp.
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1106, Los Angeles, California 90067.

On April 9, 2008, I served the foregoing document(s) described as **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the parties in this action by serving:

> Arthur J. Shartsis, Esq.
> Gregg S. Farano, Esq.
> Shartsis Friese LLP
> One Maritime Plaza, 18th Floor
> San Francisco, CA 94111

( X ) **By Envelope**: by placing ( ) the original ( X ) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

( X ) **By Mail**: As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) **By Personal Service**: I delivered such envelope by hand to the offices of the addressee(s).

( ) **By Federal Express**: I caused the envelope(s) to be delivered to the Federal Express office for delivery on the next-business-day basis to the offices of the addressee(s).

( ) **By Facsimile Transmission**: On April 9, 2008, I caused the above-named document to be transmitted by facsimile transmission to the offices of the addressee(s) at the facsimile number(s) so indicated above. The transmission was reported as complete and without error.

( ) **By Electronic Mail**: I scanned and submitted an electronic versions of the document via electronic mail to the attached Service List and confirmed receipt of the e-mail.

Executed on April 9, 2008 at Los Angeles, California.

( ) <u>STATE</u> I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) <u>FEDERAL</u> I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Susan Reimers