**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
gdoll@dollamir.com
MARY TESH GLARUM (SBN 175181)
mglarum@dollamir.com
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101

Attorneys for Defendants
AUTONOMY CORPORATION PLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, a Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales<br><br>Defendants. | CASE NO. C08-01784JL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AUTONOMY CORPORATION PLC'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date: June 25, 2008<br>Time: 9:30 a.m. |

1  Defendant Autonomy Corporation PLC's ("Autonomy") Motion to Dismiss the
2  Complaint in this action pursuant to Federal Rule of Civil Procedure 12(b)(6) came on for
3  hearing on June 25, 2008 before the honorable Judge James Larson.  The Court, having
4  considered all of the papers offered in support of, and in opposition to, the Motion to Dismiss,
5  and having heard oral argument thereon, finds that the Motion to Dismiss is well supported and
6  hereby dismisses, with prejudice, each of the claims asserted by Plaintiff GA Escrow LLC
7  against Autonomy.

9  IT IS SO ORDERED..
10 Dated:

_____
James Larson
Chief Magistrate Judge

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1106, Los Angeles, California 90067.

On April 9, 2008, I served the foregoing document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT AUTONOMY CORPORATION PLC'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** on the parties in this action by serving:

      Arthur J. Shartsis, Esq.
      Gregg S. Farano, Esq.
      Shartsis Friese LLP
      One Maritime Plaza, 18th Floor
      San Francisco, CA 94111

( )  **By Envelope**: by placing ( ) the original ( **X** ) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

( )  **By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )  **By Personal Service:** I delivered such envelope by hand to the offices of the addressee(s).

( )  **By Facsimile Transmission:** On April 9, 2008, I caused the above-named document to be transmitted by facsimile transmission to the offices of the addressee(s) at the facsimile number(s) so indicated above. The transmission was reported as complete and without error.

( )  **By Electronic Mail:** I scanned and submitted an electronic versions of the document via electronic mail to the attached Service List and confirmed receipt of the e-mail.

(**X**)  **By Electronic Filing:** Based upon my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this Document, upon its submission to the Court, will be electronically served on the addressees.

      Executed on April 9, 2008 at Los Angeles, California.

( )  **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(**X**)  **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                        /s/                .
                                                Susan Reimers