**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
MARY TESH GLARUM (SBN 175181)
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101

Attorneys for Defendants
AUTONOMY CORPORATION PLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, a Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales<br><br>Defendants. | CASE NO. 3:08-CV-01784-JL<br><br>**JURY DEMAND OF DEFENDANT AUTONOMY CORPORATION PLC** |

Defendant Autonomy Corporation PLC demands a trial by jury on all claims asserted in the Complaint and all counter-claims, cross-claims, third party claims and defenses asserted or to be asserted in this action.

Dated: April 16, 2008                                   DOLL AMIR & ELEY

By ___/ss/_____
Gregory L. Doll
Attorneys for Defendant
Autonomy Corporation PLC

DEFENDANT'S DEMAND FOR JURY TRIAL

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1106, Los Angeles, California 90067.

On April 16, 2008, I served the foregoing document(s) described as **DEFENDANT'S DEMAND FOR JURY TRIAL** on the parties in this action by serving:

> Arthur J. Shartsis, Esq.
> Gregg S. Farano, Esq.
> Shartsis Friese LLP
> One Maritime Plaza, 18th Floor
> San Francisco, CA 94111

( )  **By Envelope**: by placing ( ) the original ( ) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

( )  **By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )  **By Personal Service:** I delivered such envelope by hand to the offices of the addressee(s).

( )  **By Federal Express:** I caused the envelope(s) to be delivered to the Federal Express office for delivery on the next-business-day basis to the offices of the addressee(s).

( X )  **By Electronic Filing:** Based upon my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this Document, upon its submission to the court, will be electronically served on the addressees.

Executed on April 16, 2008 at Los Angeles, California.

( )  **STATE**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X)  **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/ss/ .
Susan Reimers