UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GA ESCROW, LLC, a Delaware limited liability company, as Representative for the Escrow Participants,
    Plaintiff(s),

v.

AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales,
    Defendant(s).
_____/

Case No. C08-01784-SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 8, 2008

/s/ Christopher G. Lanning
[Party]
GA ESCROW, LLC

Dated: August 8, 2008

/s/ Gregg S. Farano
[Counsel]
GREGG S. FARANO

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."