1  +SHARTSIS FRIESE LLP
   ARTHUR J. SHARTSIS (Bar #51549)
2  GREGG S. FARANO (Bar #221505)
   KATHERINE R. CALDWELL (Bar #247390)
3  One Maritime Plaza, Eighteenth Floor
   San Francisco, CA  94111
4  Telephone:  (415) 421-6500
   Facsimile:  (415) 421-2922
5  Emails:  ashartsis@sflaw.com, gfarano@sflaw.com

6  Attorneys for Plaintiff
   GA ESCROW, LLC

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  GA ESCROW, LLC, a Delaware limited liability company, as Representative for the Escrow Participants, | Case No.  C08-01784-SI |
| 13 | **CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| 14                    Plaintiff, | |
|                       v. | **Judge:    The Honorable Susan Illston** |
| 15 | |
| 16  AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales, | |
| 17 | |
|                       Defendant. | |

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Zantaz, Inc.

2. Autonomy, Inc.

3. See Exhibit A attached.

DATED: August 8, 2008                    SHARTSIS FRIESE LLP

                                         By:      */s/ Gregg S. Farano*
                                                 GREGG S. FARANO
                                         Attorneys for Plaintiff
                                         GA ESCROW, LLC

7602\001\1528234.1

# EXHIBIT A

# EXHIBIT A
## Disclosure of Non-Party Interested Entities or Persons

"Escrow Participants" as defined in the Agreement and Plan of Merger entered into by Autonomy PLC, GA Escrow, LLC, Antelope Acquisition Corp and Zantaz, Inc. dated July 3, 2007

Ziad Abi-Karam
Paul Addis
Advanced Equities Investment IV
Advanced Equities Investment IV
Alan Jeffrey
Lana Alber
Alex Hill
Jane Allen
Patricia Allen
Renee Amaral-Corvello
Andrew Moffat
Peter Arbogast
Kathleen Archambeau
Athena Venture Fund LP
Robert Atherton
Aud Investments Limited
B.F. Saul Company Employees' Profit Sharing
Dwight & Robin Badger Joint Tenants
Dwight Badger
Dwight & Robin Badger, Joint Tenants
Daniel Bankert
William E & Joan Bankert, Trustees UDT 9/30/02, Community Property
William E. Bankert
Michael Barry
David Bartle
Jean L. Batman
Bayview 2000, L.P. Liquidating Trust
Robert Beene
John M. Belchers & Leslie F. Belchers, Trustees
Gregory Bergfeld
Harriett M Bessette
Paul Bessette
Paul Bessette and Alison Treanor
Paul Morgan Bessette  - Charles Schwab & Co., FBO IRA Rollover Account No. 1559-7498
Stephen Bessette
Tom Bevilacqua

Daniel J. Biasotti
Brad Bischoff
Merritt S. and Gregory D. Blake
Blue Hill Investors, LLC
Robert Bobb
Wendy Bohannon
James Boudreau
Elizabeth Bourgeois
Geoffrey Bourgeois
Bradford C. O'Brien and Judith M. O'Brien, Trustees, The O'Brien Family Trust U/D/T 7/1/92
Tracey Wong Branco
David L. Brantley
N.A. Bridge Bank
Frano Britvic
Jonathan Brust
Robert F. Buchheim and Marion K. Buchheim Trust dated 9/6/72 - Trust C
Joan Burke
Cash Butler
C. Lyn Crooms
Beth Cail
Janet Caldon
John Callahan
Gregory Campbell
James R. Campbell
Kelly Canady
CapEx
Ralph and Beckie Carter
Ben Casado
Jan Paolo R. Casanas
CDC Kineon
CDC Kineon
Garett Cecchini
Ulhas Chamkeri
Darryl L. Chan
Chase Securities, Inc.
Mahendra Chedda
Henry H. Chen
Yunxia Chen
Kenneth Chin
Illango Chinnasamy
Hanford J. Chiu
Ricky Chiu

Chris Slater
Christensen Family Trust
Brian Christianson
Glenda Citragno
Robert Clemens
Janet Mele Coatney
Communication Ventures III, L.P.
Communications Ventures III CEO & Entrepreneurs' Fund, L.P.
ComVentures IV CEO Fund, L.P.
ComVentures IV Entrepreneurs' Fund, L.P.
ComVentures IV, L.P.
Connecticut Avenue Investments, LLC
Grania Connors
Act
Gregory T. Cook
Covell Family Trust
Paige L. Covell  - RBC Dain Rauscher Custodian for
Bruce Crain
Elizabeth J. Crewe
Owen Cunningham
Cutler Trust, Dated July 11, 1989
John J. Dacey
Danforth, L.L.C.
Steve Daniel
Michael Darretta
David Allen
David C. Joiner
Deborah Moffat
Deepak Raghavan
Kirk Deininger
Dennis Castaldi
Jayesh Desai
Robert Desroches
Diamond Family Trust - 2005
Diamond, Philip R. - Charles Schwab and Co., Inc., FBO IRA Rollover Account No. 2498-4830
Patricia S. Dickens
Joanna Dienstbier
Jennifer Dikran
Patrick Tom Dobaj
Cynthia Doherty
Nancy Doherty
Anne Doremus

Kenneth Due
James Dullanty
James Dullanty
Dwight & Robin Badger Joint Tenants
Dwight & Robin Badger Joint Tenants
Margo Eakin
Margo M. Eakin
David A. Eck and Wendy Eck, Joint Tenants with Rights of Survivorship
Eclipse Micro Computer, Inc.
Eggerth 1999 Revocable Living Trust – Richard Andrew Eggerth and Lucy Webster Eggerth, Trustees
Maxine L. Eggerth
Irina Elgort
Elizabeth Bourgeois
Brian C. Erb
Roger and Denise Erickson
Ernest Ferraro
Essential Computing Limited
Estelle Yarbrough
F.E.N.I.C.E.
Jim Farrell
Farrens' Family Trust
Farrens' Family Trust
Lance D. Fieldman
Lance D. Fieldman
Steve M. Fieldman
Janice Fischer
Karl  Fischer
Stanley Fisher
Stanley Fisher
Mark Fleisher
Michael J. Forkin
Susan F. Fourby
Laura Fowler
Winifred L. Fox, Trustee, The Eggerth Children 1999 Irrevocable Trust
Francis Y. Chin
Jerrold D. Franklin
Frederick Hessler
Ben Freeland
Pablo Fuentes
Monte Funk
Burt A. Furuta
G. Barry Lacy

G. Barry Lacy C/F Elizabeth A. Lacy
Robert Gallo
Hanzhu Gang
GAP Coinvestment Partners III, L.P.
GAP Coinvestments IV, LLC
GAPCO GmBH & Co. KG
GAPStar, LLC
GAP-W, LLC
Michael S. Gausman
Alexa Gausman - Michael S. Gausman, as custodian under the California Transfers to Minors Act
Michael W. Gausman
Randall K. Gausman
Shannon K. Gausman
Susan Gausman
William D. and Gloria Gausman
GC Technology Fund, L.P.
General Atlantic Partners 77, L.P.
General Atlantic Partners 78, L.P.
Geneva Venture Partners
Geneva Venture Partners II
Geneva Venture Partners II
Geneva Ventures, L.P.
Geoffrey Bourgeios
Joseph H. Giammarco
Andrew J. Gioumousis
Elizabeth  K. Gioumousis
George Gioumousis
Martha P. Gioumousis
Peter  E. Gioumousis
Anne-Emilie Gravel
David Greene
Carl Greer
Carl Greer
Greg Campbell
H&Q Employee Venture Fund 2000, L.P.
Chul Soo Ha
Hambrecht & Quist California
Nicholas Hanson
Lee S. Harris
Stuart Harris
Harry Han
Philip Hawtrey

Bret Hekking
Jay Helmer
Gemma Herana
Matthew W. Herreras
Alex Hill
Edward and Sharon Holbrook, Family Trust, dated December 9, 1996
Karen Y. Honma
William A. Horton
David Hou
Bill Houghton
Richard  Huang
Lily Hui
Wai H. Hui
Mychael Huynh
Paul R. Hvidston
IBM
Innovative Technology Partners
Innovative Technology Partners
Innovative Technology Partners II
Innovative Technology Partners II
J. Andrew Joiner
Ronald E. & Barbara Jackson
James C. Joiner
Jayant Chaudhary
JBCL O'Brien Partners, L.P.
Allan Jeffrey
Jennifer Dikran
Roberta Jester
Jim Farrell
Barbara Johnson
Gary Johnson
Kimberly L. Johnson
Joseph McCaskill
Joseph Nezi
Jeffrey Kaufman
Roslyn Kaufman, Trust U/A/D 7/2/96, Roslyn Kaufman Trustee
Arlina Kayla -Thomas Mele, Custodian under the Arizona uniform transfers to minors act
Michael Keefe
Richard D. Keefer
Shari B. Kendle
Kennedy Family Trust
Steve Kennedy

William Kennedy
Kye Kim
W. Brian Kinard
December 22, 2000
Karli M. King
Steven King
Steven B. King  - Steven R. King, as Custodian under the California Uniform Transfers to Minors Act
Warren and Marjorie King
Jack R. Kinne
Sajithkumar Kizhakkiniyil
Klei Family Trust, Steven E. Klei and Kathleen M. Klei as Trustees, U/A/D November 12, 2003
Steve Klei
Klei, Steven E.  and Kathleen M. Klei as Trustees of the Klei Family Trust U/A/D November 12, 2003
John Klink
Richard C. Knudsen
Marc Kodama
Howard Konopka
Harold Kotler
Joanne Kozinski
Kris Smith
Cecilia M. Kuhn - Naomi Kuhn, Custodian under CUTMA
Samuel B. Kuhn - Naomi Kuhn, Custodian under CUTMA
Michael LaFave
Francis Lambert
Steve R. Lane
Paul A. Lansky
MaryBeth Lassman
Daniel and Sandra Lawrence
Victoria Lawson
LC III, L.L.C.
Lewis Mercado
David E. Liebowitz
Matthew P. Liebowitz
Peter B. Liebowitz
Sarah H. Liebowitz
61123031
61123031
Scott Littman
Bob Liu
Su-Mei Liu
Peter J. Logan
Peter J. Logan

Lost Angel Ventures, L.L.C.
Gary Lowe
Graeme Lowther
Thomas Lynch
Michael Madigan
Peter Mallon
Saul Marcus
Mark Fleisher
Robert Mark
Trish Massart
Joann M. McArdle
Bill McCann
Bill McCann
Tim McCarthy
Lisa McCord
Sam  McCord
Stacy McCord
Debbie McCulloch
Diane McIntyre
Joseph McIntyre
Patrick McIntyre
McKannay Family Trust
Caren Elizabeth McKinnie
Caren Elizabeth McKinnie
Michael T. McLean
Holli McMann Bohren
Bruce M. McNamara
MediaTel Capital
MediaTel Management S.A.
Kayla Mele - Thomas Mele, Custodian under the Arizona uniform transfers to minors act
Janet Mele Coatney
Mele Family Trust, Ralph Mele and Aline M. Mele, Trustees, U/D/T dated December 11th, 1987
Arlina Mele - Thomas Mele, Custodian under the Arizona uniform transfers to minors act
Arthur N. Mele
Ralph Mele
Ralph Mele and Aline M. Mele, Trustees of the Mele Family Trust U/D/T dated December 11th, 1987
Thomas Mele
Ramonette Mendoza
Velin Mezinev
Michael D. Schini
George Middlemas
Kristen Milette

Vladimir Milutin
Bryan Mitchell
Andrew Moffat
Deborah Moffat
Razeen Mohideen
Ignatio Monahelis
James F. Moore III
John Moore
William Moore
Christina Morgan
Paul Morris
Mt. Washington Associates L.L.C.
Patrick & Laura Murphy
Ganesh Kumar Muthiah
Michael Myers
Debankur Naskar
Michael Nepomuceno
Neptune Capital Partners Fund, LLC
Neptune Explorer Fund Ltd.
Neptune Explorer Partners
Dirk David Neumann
Christopher J. Nevis  and Carrie A. Lubinski, as Joint Tenants of Survivorship
Judy Nguyen
Christopher A. Niesar
George F. Niesar
Gerald V. Niesar
Kirsten H. Niesar
Thomas V. Niesar
Denise Nikoloff  - a married woman, as her sole and separate property
Novus Annex Fund, L.P.
Novus Ventures II, LP
Novus Ventures II-A, LLC
Novus Ventures LP
Oban Securities Limited
O'Brien Family Trust, Bradford C. O'Brien and Judith M. O'Brien, Trustees, U/D/T 7/1/92
Olivia Marsh Projects Limited
Craig Olson
ORIX USA Corporation
ORIX Venture Finance LLC
Wei Ouyang
Pablo Fuentes
Carlos Paiva

Dongwook Park
2001
Patrick Tom Dobaj
Cyndi Pedrazzi (Melendez)
 Stacy Peng (Chu)
Petersen Living Trust, Robert E. Petersen, Margaret M. Petersen Trustees, R.E. & M. dated 1/17/83
Mike Peterson
Petkanics-Gerstenschlager Family Trust UDT Dated February 16, 2000
Silvio Petrassi
Adric Petrucelli
Ramon Pfeiffer
Philip Hawtry
Koa Pickering
John F. Pierson
Therese Pimentel
Pimm Fox
Bo Pitsker
Victor Pizzolato
Robert W. Plaseski
Frederic Poirot
Robert Pollock  SEP - MLPF&S Cust FBO
Veda Ponnusamy
Samuel C. Porterfield
James Powell
Pyramid Technology Ventures I, L.P.
Huy T. Quach
Sheldon J. Quan
Viswanathan Rajamannar
Ralph Mele and Aline M. Mele, Trustees of the Mele Family Trust U/D/T dated December 11th, 1987
Randall K. Gausman
Brian Rankin
Anand Rao
Kyle Raymond
Laura Raymond
Travis Raymond
REE Investments LLC
Stephen Reny
Russell S. Reynolds III
Russell S. Reynolds Jr.
Doris Rice
Steven Richardson
Jack Ripsteen

Carol Risley
Robert E. Petersen, Margaret M. Petersen Trustees, R.E. & M. Petersen Living Trust, Dated 1/17/83
Robert E. Petersen, Margaret M. Petersen Trustees, R.E. & M. Petersen Living Trust, Dated 1/17/83
Kristen Roberts
Laurie Robinson
Patricia Rochette
Roger and Denise Erickson
Brad Rohal
Philippe Rollet
Alice Rollins
Suzanne Rollinson
Joseph Romanowski
Mary J. Romero
Vera F. Rossi
Safiali Rouhi
RRV Partners, LLC
Jonathan T. Rubens
Jonathan T. Rubens
Russel G. Thornton & Elizabeth B. Thornton JTWROS
Nicholas Russo
Uwe Ruttke
Patrick W.C. Sager
Jagadish Samantarai
Samuel G. McCaskill
Jeffrey J. Sarafa
Thomas Savage
Ellen Schultz
Richard H. and Maureen K. Schweickert Jr.
Richard H. & Betty M. Schweickert
Janet Noriega Schwind
Doug Sechrist
Peter Seeger
Seldon, David L. & Joan P. Seldon TR Dtd 08/11/88, David Seldon & Joan Seldon TTEES
Sequel Entrepreneurs' Fund III, L.P.
Sequel Limited Partnership III
Partha Seshadri
Veena Setlur (Sathyam)
Ajay Shah
Thomas J. Shambo
Stephen C. Shank
Jennifer A. Shea
Linda Shelby

Richard B. Sheroff
Rostic Sheykhet
Max Shoka
Michael E. Short
Sid and Jan Sief, husband and wife as Joint Tenants With Right of Survivorship
Walter & Nancy Simone
Frank Siskowski
James M. Sitkin
Lesley Sitkin
Dick Sladek
Chris Slater
Eric Smigielski
Richard and Karen Ross Smigielski
Wesley Smigielski
David L. Smith
Philip Smolek
Scott Stanley
Steven E. Klei and Kathleen M. Klei as Trustees of the Klei Family Trust U/A/D November 12, 2003
Steven R. King and Kay A. King, as Trustees of the Steven R. and Kay A. King Revocable Trust, Dated
Steven R. King, as Custodian for Steven B. King, under the California Uniform Transfers to Minors Act
Alan C. Stickler
Michael Sullivan
Vijaya Swamy
Lydia Sweezer
Jennifer Taylor
Taylor-Tyree Family Trust u/a/d 3/14/98
TeleSoft Partners 1A, L.P.
TeleSoft Partners II QP, L.P.
TeleSoft Partners II SBIC, L.P.
TeleSoft Partners II, L.P.
TeleSoft Strategic Side Fund I, L.L.C.
Amit Tewari
The Dobaj Family Trust
The Moffat Family Trust
The Neptune Fund Limited
The Petkanics-Gerstenschlager Family Trust UDT Dated February 16, 2000
Randy Thelen
David E. Tice
George Tomura
Liz Tran (Thanh)
Kenji Treanor
Nancy Treolo (Lewis)

Curt Uehlein
Jessica Ulrich
Stephen Bessette, Van Liew Trust Company Custodian, IRA Rollover
Rick Vandenberg
Fong Vang
Michael D. Vannucci
Neelima Varudandi
Mayre Veliz
Victor Kaitel
David Waitrovich
Wall Street Technology Partners, LP
Wallace Irrevocable Trust (1997), Kirk Misaka, Trustee
William C. and Jill S. Wallace as Community Property
Judi Wallner
Brian Walsh
Peiwen Wang
Warren King and Marjorie King
Gary Weinert
Gerald Wichmann
Pilar Wienke
William E. Bankert & Joan Bankert, Trustees UDT 9/30/02, Community Property
Michael Williams
Robert Williams
Tracy P. Wirta
Wolf Venture Fund III, L.P.
Carol J. Wolf
Ricky Wong
Chris Wood
Mike Woyak
WS Investment Company 99B
Samuel H. Yan
Russ Yoshinaka
Jim Zanze
Bruce P. Zelis
Zhenyu Zha
Shenxue Zhou
Zhao Ji (George) Zhou
David   Ziering
Rudolf Zubiller
Hubert and Fang Sim