SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
GREGG S. FARANO (Bar #221505)
KATHERINE R. CALDWELL (Bar #247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Emails: ashartsis@sflaw.com, gfarano@sflaw.com

Attorneys for Plaintiff
GA ESCROW, LLC

DOLL AMIR & ELEY LLP
GREGORY L. DOLL (Bar # 193205)
RONALD M. ST. MARIE (Bar # 101398)
MARY TESH GLARUM (Bar # 175181)
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
Emails: gdoll@dollamir.com, rstmarie@dollamir, mglarum@dollamir.com

Attorneys for Defendant
AUTONOMY CORPORATION PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, as Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales,<br><br>Defendant. | Case No. C08-01784-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: August 15, 2008<br>Time: 2:00 p.m.<br>Dept.: 10<br><br>**Judge:  The Honorable Susan Illston** |

Case No.                                    STIPULATION
C08-01784-SI

1. An Initial Case Management Conference is scheduled in this matter for Friday, August 15, 2008 at 2:00 PM.

2. Arthur J. Shartsis, lead counsel for the Plaintiff, was scheduled to appear at the Initial Case Management Conference. Mr. Shartsis became ill last week which caused the start of his trial in San Mateo Superior Court to be delayed. Due to this delay, Mr. Shartsis will be in trial in San Mateo Superior Court all day August 15, 2008, and therefore unable to appear at the Initial Case Management Conference as scheduled.

3. Plaintiff has informed counsel for defendant of this conflict, and counsel for defendant has agreed to continue the Initial Case Management Conference.

4. The parties therefore respectfully request that the Initial Case Management Conference scheduled for August 15, 2008 at 2:00 PM be continued to the next available date and time.

DATED: August 11, 2008                SHARTSIS FRIESE LLP

                                      By:    /s/ Gregg S. Farano
                                             GREGG S. FARANO
                                      Attorneys for Plaintiff
                                      GA ESCROW, LLC

DATED: August 11, 2008                DOLL AMIR & ELEY LLP

                                      By:    /s/ Gregory Lawrence Doll
                                             GREGORY LAWRENCE DOLL
                                      Attorneys for Defendant
                                      AUTONOMY CORPORATION PLC

**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

Good cause having been shown, the initial Case Management Conference scheduled for August 15, 2008 at 2:00 PM is continued, and shall be held on 9/22/08 at 2 p.m. in Courtroom No. 10, 19th Floor, Federal Building, San Francisco, California.

Dated: _____        [signature: Susan Illston]
                                      The Honorable Susan Illston
                                      United States District Judge

7602\001\GFARANO\1528464.1

- 1 -

Case No.                              STIPULATION
C08-01784-SI

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111