IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GA ESCROW,　　　　　　　　　　　　　　　　　　No. C 08-01784SI

　　　　Plaintiff,　　　　　　　　　　　　　　　　　**NOTICE**

　v.

AUTONOMY CORP.,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been continued to Friday, November 7, 2008, at 9:00 a.m.

Dated: August 20, 2008　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk