IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GA ESCROW,                                       No. C 08-01784SI

        Plaintiff,                             **NOTICE**

   v.

AUTONOMY CORP.,

        Defendant.
                                  /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been continued to Friday, November 21, 2008, at 2:00 p.m.

Dated: September 5, 2008                                RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk