SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
GREGG S. FARANO (Bar #221505)
KATHERINE R. MILLER (Bar #247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Emails: ashartsis@sflaw.com, gfarano@sflaw.com

Attorneys for Plaintiff
GA ESCROW, LLC

DOLL AMIR & ELEY LLP
GREGORY L. DOLL (Bar # 193205)
RONALD M. ST. MARIE (Bar # 101398)
MARY TESH GLARUM (Bar # 175181)
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
Emails: gdoll@dollamir.com, rstmarie@dollamir, mglarum@dollamir.com

Attorneys for Defendant
AUTONOMY CORPORATION PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, as Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales,<br><br>Defendant. | Case No. C08-01784-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: November 21, 2008<br>Time: 2:00 p.m.<br>Dept.: 10<br><br>**Judge: The Honorable Susan Illston** |

Case No. C08-01784-SI        STIPULATION

1. An Initial Case Management Conference is scheduled in this matter for Friday, November 21, 2008 at 2:00 PM.

2. On November 7, 2008, the Court issued an order granting in part and denying in part Defendant's Motion to Dismiss. Defendant's Answer to Plaintiff's Amended Complaint is now due on November 24, 2008. Defendant also anticipates filing a counterclaim on November 24, 2008.

3. In light of the Court's ruling, the parties agree that it would be more efficient for Defendant to file its answer and counterclaim and for the parties to complete their exchange of initial disclosure documents prior to holding a Case Management Conference in an effort to determine whether there are opportunities to resolve the matter without further litigation.

4. The parties therefore respectfully request that the Initial Case Management Conference scheduled for November 21, 2008 at 2:00 PM be continued to December 12, 2008.

DATED: November 12, 2008           SHARTSIS FRIESE LLP

                                   By:  /s/ Gregg S. Farano
                                        GREGG S. FARANO
                                   Attorneys for Plaintiff
                                   GA ESCROW, LLC

DATED: November 12, 2008           DOLL AMIR & ELEY LLP

                                   By:  /s/ Gregory Lawrence Doll
                                        GREGORY LAWRENCE DOLL
                                   Attorneys for Defendant
                                   AUTONOMY CORPORATION PLC

**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

Good cause having been shown, the initial Case Management Conference scheduled for November 21, 2008 at 2:00 PM is continued, and shall be held on __12/12/08__ at __2 p.m.__ in Courtroom No. 10, 19th Floor, Federal Building, San Francisco, California.

Dated: _____        _____
                                     The Honorable Susan Illston
                                     United States District Judge

7602\001\GFARANO\1549970.1