**DOLL AMIR & ELEY LLP**
Gregory L. Doll (SBN 193205)
gdoll@dollamir.com
Mary Tesh Glarum (SBN 175181)
mglarum@dollamir.com
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
Attorneys for Defendants
AUTONOMY CORPORATION PLC

**SHARTSIS FRIESE LLP**
Arthur J. Shartsis (SBN 51549)
ashartsis@sflaw.com
Gregg S. Farano (Bar #221505)
gfarano@sflaw.com
Katherine R. Miller (SBN 247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Attorneys for Plaintiff
GA ESCROW, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, a Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales<br><br>Defendants. | CASE NO. C08-01784-SI<br><br>**CORRECTED SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER COMPLAINT AND FILE COUNTERCLAIM**<br><br>Date: December 12, 2008<br>Time: 2:00 p.m. |

---

1

AMENDED STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT'S TIME TO ANSWER COMPLAINT

**WHEREAS:**

1. On November 7, 2008, the Court issued an order granting in part and denying in part Defendant's Motion to Dismiss. Defendant's Answer to Plaintiff's Amended Complaint is now due on November 24, 2008. Defendant also anticipated filing a counterclaim, also due on November 24, 2008;

2. Counsel of Plaintiff and Defendant are discussing resolving this case through a potential mediation in New York the first week of December 2008 and working together to schedule such a mediation; and

3. The extension of time is sought in good faith and for reasons set forth above and not for the purpose of delay,

**IT IS HEREBY STIPULATED:**

That Defendant's Answer to Plaintiff's Amended Complaint and counterclaim are due to be filed on December 4, 2008.

Dated: December 2, 2008        Respectfully submitted,

DOLL AMIR & ELEY

By  /s/ Gregory L. Doll                     .
    Gregory L. Doll
Attorneys for Defendant
AUTONOMY CORPORATION PLC

Dated: December 2, 2008        SHARTSIS FRIESE LLP

By  /s/ Gregg S. Farano (w/ permission)     .
    Gregg S. Farano
Attorneys for Plaintiff GA ESCROW, LLC

### [PROPOSED] ORDER

Good cause having been shown, the Defendant's Answer to Plaintiff's Amended Complaint and filing of any counterclaim shall be due on December 4, 2008.

Dated: _____    _____
                                 The Honorable Susan Illston
                                 United States District Judge