**DOLL AMIR & ELEY LLP**
Gregory L. Doll (SBN 193205)
gdoll@dollamir.com
Mary Tesh Glarum (SBN 175181)
mglarum@dollamir.com
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
Attorneys for Defendants
AUTONOMY CORPORATION PLC

**SHARTSIS FRIESE LLP**
Arthur J. Shartsis (SBN 51549)
ashartsis@sflaw.com
Gregg S. Farano (Bar #221505)
gfarano@sflaw.com
Katherine R. Miller (SBN 247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Attorneys for Plaintiff
GA ESCROW, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, a Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales<br><br>Defendants. | CASE NO. C08-01784-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE UNTIL JANUARY 2009 TO FACILITATE MEDIATION**<br><br>Date: December 12, 2008<br>Time: 2:00 p.m. |

1
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**WHEREAS:**

1. On November 7, 2008, the Court issued an order granting in part and denying in part Defendant's Motion to Dismiss and scheduled a Case Management Conference for this Friday, December 12.

2. The parties are attempting resolving this case through a mediation in New York City. The mediation has been difficult to arrange, given that: (a) Defendants' representative will be flying in from Cambridge, England; (b) documents are being gathered in Cambridge and California to facilitate a productive mediation; and (c) arrangements for all witnesses are being made during the fourth quarter of the business year as well as the holiday season.

3. As a result, the parties respectfully seek a brief continuation of the Case Management Conference until January of 2009. Such a continuance will promote judicial economy (the case may settle, in which event there will be no need to set further dates) and will conserve financial resources of the parties (out-of-town counsel will not need to travel to San Francisco to attend the CMC).

4. The extension of time is sought in good faith and for reasons set forth above and not for the purpose of delay.

**IT IS HEREBY STIPULATED:**

That the Case Management Conference shall be continued until January of 2009.

Dated: December 8, 2008                    Respectfully submitted,

                                           DOLL AMIR & ELEY

                                           By  /s/ Gregory L. Doll                    .
                                               Gregory L. Doll
                                           Attorneys for Defendant
                                           AUTONOMY CORPORATION PLC

Dated: December 8, 2008                    SHARTSIS FRIESE LLP

                                           By  /s/ Gregg S. Farano (w/ permission)    .
                                               Gregg S. Farano
                                           Attorneys for Plaintiff GA ESCROW, LLC

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Good cause having been shown, the Case Management Conference shall be continued until \_\_\_January 30, 2009_____, 2009.

Dated: _____     \_\_\_\_/s/ Susan Illston_____
                                             The Honorable Susan Illston
                                             United States District Judge

ii
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1106, Los Angeles, California 90067.

On December 8, 2008, I served the foregoing document(s) described **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE UNTIL JANUARY 2009 TO FACILITATE MEDIATION** on the parties in this action by serving:

        Arthur J. Shartsis, Esq.
        Gregg S. Farano, Esq.
        Shartsis Friese LLP
        One Maritime Plaza, 18th Floor
        San Francisco, CA 94111

**( )**     **By Envelope**: by placing ( ) the original ( ) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

**( )**     **By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**( )**     **By Personal Service:** I delivered such envelope by hand to the offices of the addressee(s).

**( )**     **By Federal Express:** I caused the envelope(s) to be delivered to the Federal Express office for delivery on the next-business-day basis to the offices of the addressee(s).

**( X )**     **By CM/ECF:** I hereby certify that on December 8, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

     Executed on December 8, 2008 at Los Angeles, California.

**( )**     **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(X)**     **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                   /s/ *Susan Reimers*         .
                                   Susan Reimers