SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
GREGG S. FARANO (Bar #221505)
KATHERINE R. CALDWELL (Bar #247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Emails: ashartsis@sflaw.com, gfarano@sflaw.com

Attorneys for Plaintiff
GA ESCROW, LLC

DOLL AMIR & ELEY LLP
GREGORY L. DOLL (Bar # 193205)
RONALD M. ST. MARIE (Bar # 101398)
MARY TESH GLARUM (Bar # 175181)
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
Emails: gdoll@dollamir.com, rstmarie@dollamir, mglarum@dollamir.com

Attorneys for Defendant
AUTONOMY CORPORATION PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, as Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales,<br><br>Defendant. | Case No. C08-01784-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: April 24, 2009<br>Time: 2:00 p.m.<br>Dept.: 10<br><br>**Judge: The Honorable Susan Illston** |

Case No. C08-01784-SI          STIPULATION

1.   A Further Case Management Conference is scheduled in this matter for Friday, April 24, 2009 at 2:00 PM.

2.   An Initial Case Management Conference was held on Friday, January 30, 2009. Since that time, the parties have exchanged both written and document discovery. A Settlement Conference in this matter before Judge Spero is scheduled for June 22, 2009. At this time, the parties agree that there is no need for a Further Case Management Conference.

3.   The parties therefore respectfully request that the Further Case Management Conference scheduled for April 24, 2009 at 2:00 PM be continued until the next available date and time after June 22, 2009.

DATED: April 10, 2009        SHARTSIS FRIESE LLP

By: ___/s/ Gregg S. Farano___
   GREGG S. FARANO
Attorneys for Plaintiff
GA ESCROW, LLC

DATED: April 10, 2009        DOLL AMIR & ELEY LLP

By: ___/s/ Gregory Lawrence Doll___
   GREGORY LAWRENCE DOLL
Attorneys for Defendant
AUTONOMY CORPORATION PLC

**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

Good cause having been shown, the initial Case Management Conference scheduled for April 24, 2009 at 2:00 PM is continued, and shall be held on __July 10, 2009__ at __2:30 p.m.__ in Courtroom No. 10, 19th Floor, Federal Building, San Francisco, California.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge

7602\001\GFARANO\1579148.1

Case No.        - 1 -
C08-01784-SI    STIPULATION