**DOLL AMIR & ELEY LLP**
Gregory L. Doll (SBN 193205)
gdoll@dollamir.com
Hemmy So (SBN 259374)
hso@dollamir.com
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
Attorneys for Defendants
AUTONOMY CORPORATION PLC

**SHARTSIS FRIESE LLP**
Arthur J. Shartsis (SBN 51549)
ashartsis@sflaw.com
Gregg S. Farano (Bar #221505)
gfarano@sflaw.com
Katherine R. Miller (SBN 247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Attorneys for Plaintiff
GA ESCROW, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, a Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales<br><br>Defendants. | CASE NO. C08-01784-SI<br><br>**[PROPOSED] ORDER ON STIPULATION CONTINUING MANDATORY SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>Date: June 22, 2009<br>Time: 11:00 a.m. |

1
[PROPOSED] ORDER ON STIPULATION CONTINUING MANDATORY SETTLEMENT CONFERENCE

1   Good cause having been shown, the Mandatory Settlement Conference scheduled for
2   June 22, 2009 is continued, and shall be held on __to be set_____ at _____.
3   Further, the Case Management Conference shall be continued until __July 31, 2009_____
4   at _____ in Courtroom No. 10, 19th Floor, Federal Building, San Francisco,
5   California.

**IT IS SO ORDERED.**

Dated: _____    _____
                                           The Honorable Susan Illston
                                           United States District Judge

- 1 -
[PROPOSED] ORDER ON STIPULATION CONTINUING MANDATORY SETTLEMENT CONFERENCE