

www.dollamireley.com

August 4, 2009

**VIA ECF AND E-MAIL**

Magistrate Judge Joseph C. Spero
Dept. A
United States District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3483

   Re: *GA Escrow, LLC v. Autonomy Corporation plc*
     CAND Case No. C08-01784-SI

Your Honor:

  This office represents Defendant Autonomy Corporation plc in the case captioned above. The settlement conference of the above-referenced matter is scheduled for Tuesday, August 18, 2009. Pursuant to your instructions, the parties are required to lodge their separate settlement statements with your chambers on or before today, August 4, 2009.

  Mr. Doll is presently in England for the deposition of Stephen Chamberlain, Defendant Autonomy's Vice President of Finance. While there, Mr. Doll has been exploring settlement concepts with the client. These discussions may impact the settlement statement. Therefore, we respectfully request the Court grant Defendant an extension until Monday, August 10, 2009 in which to lodge its separate settlement statement.

  Obviously, Defendant Autonomy Corporation plc would not oppose a similar extension for Plaintiff.

Dated: August 5, 2009         Sincerely,

                 Hemmy W. So

HWS:sr

[GRANTED — Judge Joseph C. Spero]

Doll Amir & Eley LLP

1888 Century Park East, Suite 1106 | Los Angeles, CA 90067 | T. 310.557.9100 | F. 310.557.9101