SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
GREGG S. FARANO (Bar #221505)
KATHERINE R. MILLER (Bar #247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Emails: ashartsis@sflaw.com, gfarano@sflaw.com

Attorneys for Plaintiff
GA ESCROW, LLC

DOLL AMIR & ELEY LLP
GREGORY L. DOLL (Bar # 193205)
RONALD M. ST. MARIE (Bar # 101398)
MARY TESH GLARUM (Bar # 175181)
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
Emails: gdoll@dollamir.com, rstmarie@dollamir, mglarum@dollamir.com

Attorneys for Defendant
AUTONOMY CORPORATION PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, as Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales,<br><br>Defendant. | Case No. C08-01784-SI<br><br>**FURTHER CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>**Judge:** The Honorable Susan Illston<br><br>**Date:** September 25, 2009<br>**Time:** 2:30 PM<br>**Dept:** 10 |

Plaintiff GA Escrow, LLC ("GA Escrow" or "Plaintiff") and defendant Autonomy Corporation PLC ("Autonomy" or "Defendant") respectfully submit this further Joint Case Management Statement and Proposed Order to update the court on the status of the litigation, and request a stay of discovery in these proceedings, subject only to any agreements of the parties or orders for the exchange of documents made by Judge Spero.

On July, 31, 2009, this Court held a Further Case Management Conference on this matter. Following that conference, the Court issued a revised discovery schedule, extending the deadlines for fact discovery cut-off, designation of experts and expert discovery. The Court also set a Further Case Management Conference for September 25, 2009.

**1. Settlement and ADR.**

On August 18, 2009, the parties appeared for a Settlement Conference before Judge Joseph C. Spero. As a result of the Settlement Conference the parties agreed in principal to a process by which the claims at issue in this matter might be submitted to a third party expert for a binding resolution. The parties have agreed to work together to craft mutually acceptable questions to be submitted to a third party expert. The parties have also agreed to exchange lists of three proposed experts from which a mutually acceptable third party expert might be chosen. A Further Settlement Conference before Judge Spero has been set for October 7, 2009.

**2. Scheduling.**

In light of the fact that the parties will be engaging in further discussions in an effort to move forward with the above referenced alternative dispute resolution process, the parties request that all discovery - and corresponding discovery deadlines - in this matter be stayed. The parties further request that the Court continue the Further Case Management Conference currently set for Friday, September 25, 2009, until a date following the Further Settlement Conference before Judge Spero set for October 7, 2009. Following the conference with Judge Spero, the parties will notify the Court of the status of the settlement process. The parties recognize that should they be unable to resolve this matter through the contemplated ADR process, the trial date currently set for February 22, 2010, may need to be continued.

DATED: August 28, 2009          SHARTSIS FRIESE LLP


By:  /s/ Gregg S. Farano
         GREGG S. FARANO
Attorneys for Plaintiff
GA ESCROW, LLC

DATED: August 28, 2009          DOLL AMIR & ELEY LLP


By:  /s/ Gregory Lawrence Doll
         (with permission)
         GREGORY LAWRENCE DOLL
Attorneys for Defendant
AUTONOMY CORPORATION PLC

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. All discovery and corresponding discovery deadlines in this matter are stayed.

2. The Further Case Management Conference set for September 25, 2009 is continued until  10/16/09 @ 3 p.m.

**IT IS SO ORDERED**

Dated: _____

The Honorable Susan Illston
United States District Judge

7602\001\1602891.2

- 2 -

Case No. C08-01784-SI     FURTHER CASE MANAGEMENT STATEMENT AND PROPOSED ORDER