SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
GREGG S. FARANO (Bar #221505)
KATHERINE R. MILLER (Bar #247390)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Emails:  ashartsis@sflaw.com, gfarano@sflaw.com

Attorneys for Plaintiff
GA ESCROW, LLC

DOLL AMIR & ELEY LLP
GREGORY L. DOLL (Bar # 193205)
RONALD M. ST. MARIE (Bar # 101398)
MARY TESH GLARUM (Bar # 175181)
1888 Century Park East, Suite 1106
Los Angeles, CA  90067
Telephone:  (310) 557-9100
Facsimile:  (310) 557-9101
Emails:   gdoll@dollamir.com, rstmarie@dollamir, mglarum@dollamir.com

Attorneys for Defendant
AUTONOMY CORPORATION PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, as Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales,<br><br>Defendant. | Case No.  C08-01784-SI<br><br>**FURTHER CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>**Judge:**   **The Honorable Susan Illston**<br><br>**Date:**    **October 16, 2009**<br>**Time:**    **3:00 PM**<br>**Dept:**    **10** |

Plaintiff GA Escrow, LLC ("GA Escrow" or "Plaintiff") and defendant Autonomy Corporation PLC ("Autonomy" or "Defendant") respectfully submit this further Joint Case Management Statement and Proposed Order to update the court on the status of the litigation.

On September 8, 2009, this Court, pursuant to a stipulation of the parties, signed an order staying all discovery and corresponding discovery deadlines in this matter. The Court also set a Further Case Management Conference for October 16, 2009.

**1. Settlement and ADR.**

At a Settlement Conference before Judge Joseph C. Spero on August 18, 2009, the parties agreed in principal to a process by which the claims at issue in this matter might be submitted to a third party expert for a binding resolution. Following that settlement conference the parties worked to craft mutually acceptable questions to be submitted to a third party expert. The parties were unable to agree upon such questions, but agreed to meet again with Judge Spero to move the settlement process forward. A Further Settlement Conference before Judge Spero was held on October 7, 2009. At the conference the parties agreed to continue to pursue their efforts to formulate a potential new set of questions, within the parameters suggested by Judge Spero, to be submitted to a third party expert. Autonomy is to propose a specific set of questions to GA Escrow by October 26, 2009, at which time the parties will meet and confer with a goal of agreeing to a final set of questions to be submitted to a third party expert. A Further Settlement Conference before Judge Spero has been set for November 25, 2009.

**2. Scheduling.**

In light of the fact that the parties will be engaging in further discussions in an effort to move forward with the above referenced alternative dispute resolution process, the parties request that the Court continue the Further Case Management Conference currently set for Friday, October 16, 2009, until a date following the Further Settlement Conference before Judge Spero set for November 25, 2009. Following the conference with Judge Spero, the parties will notify the Court of the status of the settlement process.

- 1 -

Case No.
C08-01784-SI

FURTHER CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

| | |
|---|---|
| DATED: October 13, 2009 | SHARTSIS FRIESE LLP |

By: _____/s/ Gregg S. Farano_____
      GREGG S. FARANO
Attorneys for Plaintiff
GA ESCROW, LLC

DATED: October 13, 2009            DOLL AMIR & ELEY LLP

By: _____/s/ Gregory Lawrence Doll_____
      *(with permission)*
      GREGORY LAWRENCE DOLL
Attorneys for Defendant
AUTONOMY CORPORATION PLC

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that:

The Further Case Management Conference set for October 16, 2009 is continued until 12/4/09 @ 3:000 p.m. _____.

**IT IS SO ORDERED**

Dated: _____      *[signature: Susan Illston]*
                                                The Honorable Susan Illston
                                                United States District Judge

7602\001\1610317.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111