| | |
|---|---|
| GA ESCROW, | No. C 08-01784 SI |
| Plaintiff, | SECOND |
| v. | **PRETRIAL PREPARATION ORDER** |
| AUTONOMY CORP., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 19, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 12, 2010.

DESIGNATION OF EXPERTS: 3/26/10; REBUTTAL: 4/9/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 30, 2010

DISPOSITIVE MOTIONS **SHALL** be filed by May 14, 2010;

   Opp. Due May 28, 2010;  Reply Due June 4, 2010;

    and set for hearing no later than June 18, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 13, 2010 at 3:30 PM.

JURY  TRIAL DATE: July 26, 2010  at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted the parties request to continue the trial schedule.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge