| | |
|---|---|
| 1 | **DOLL AMIR & ELEY LLP** |
| | Gregory L. Doll (SBN 193205) |
| 2 | gdoll@dollamir.com |
| | Hemmy So (SBN 259374) |
| 3 | hso@dollamir.com |
| | 1888 Century Park East |
| 4 | Suite 1106 |
| | Los Angeles, California  90067 |
| 5 | Telephone: (310) 557-9100 |
| | Facsimile:  (310) 557-9101 |
| 6 | Attorneys for Defendants |
| | AUTONOMY CORPORATION PLC |
| 7 | |
| | **SHARTSIS FRIESE LLP** |
| 8 | Arthur J. Shartsis (SBN 51549) |
| | ashartsis@sflaw.com |
| 9 | Gregg S. Farano (Bar #221505) |
| | gfarano@sflaw.com |
| 10 | Katherine R. Miller (SBN 247390) |
| | One Maritime Plaza, Eighteenth Floor |
| 11 | San Francisco, CA 94111 |
| | Telephone: (415) 421-6500 |
| 12 | Facsimile: (415) 421-2922 |
| | Attorneys for Plaintiff |
| 13 | GA ESCROW, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, a Representative for the Escrow Participants, | CASE NO.  C08-01784-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ON STIPULATION CONTINUING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales | Date: January 14, 2010 Time:  9:30 a.m. |
| Defendants. | |

1

[PROPOSED] ORDER ON STIPULATION CONTINUING FURTHER SETTLEMENT CONFERENCE

**WHEREAS,**

1. A Further Settlement Conference is scheduled in this matter for January 14, 2010 at 9:30 a.m. before Magistrate Judge Joseph C. Spero;

2. The parties have agreed they need additional time to conduct further discovery;

3. The parties have communicated with the Courtroom Deputy to the Hon. Joseph C. Spero, who stated that rescheduling the Further Settlement Conference is acceptable upon approval by this Court;

4. None of the pre-trial dates recently set by this Court will be affected by the rescheduling of the Further Settlement Conference;

5. The parties therefore respectfully request a continuance of the Further Settlement Conference to February 25, 2010.

**IT IS HEREBY STIPULATED:**

The parties agree to continuing the Further Settlement Conference to February 25, 2010 and request such from this Court.

Dated: December 17, 2009            DOLL AMIR & ELEY

By   /s/ Gregory L. Doll                              .
     Gregory L. Doll
Attorneys for Defendant
AUTONOMY CORPORATION PLC


Dated: December 17, 2009            SHARTSIS FRIESE LLP

By   /s/ Gregg S. Farano (w/ permission)        .
     Gregg S. Farano
Attorneys for Plaintiff GA ESCROW, LLC

/ / /

/ / /

/ / /

/ / /

1  **[PROPOSED] ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE**

2      Good cause having been shown, the Further Settlement Conference scheduled for
3  January 14, 2010 is continued, and shall be held on February 25, 2010 at 9:30 a.m. in
4  Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

5  **PURSUANT TO THE STIPULATION IT IS SO ORDERED.**

6  Dated: _____   _____
7                                                             The Honorable Susan Illston
8                                                             United States District Judge

[PROPOSED] ORDER ON STIPULATION CONTINUING FURTHER SETTLEMENT CONFERENCE

## ECF CERTIFICATION

I, Gregory L. Doll, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order on Stipulation Continuing Further Settlement Conference. In compliance with General Order 45.X.B, I hereby attest that Gregg S. Farano has concurred in this filing.

DATED: December 17, 2009

                        DOLL AMIR & ELEY LLP

                        By  /s/ Gregory L. Doll
                              Gregory L. Doll
                        Attorneys for Defendant
                        AUTONOMY CORPORATION PLC