SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
GREGG S. FARANO (Bar #221505)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Emails: ashartsis@sflaw.com, gfarano@sflaw.com

Attorneys for Plaintiff
GA ESCROW, LLC


DOLL AMIR & ELEY LLP
GREGORY L. DOLL (Bar # 193205)
RONALD M. ST. MARIE (Bar # 101398)
MARY TESH GLARUM (Bar # 175181)
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
Emails: gdoll@dollamir.com, rstmarie@dollamir,
mglarum@dollamir.com

Attorneys for Defendant
AUTONOMY CORPORATION PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, as Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales,<br><br>Defendant. | Case No. C08-01784-SI<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF DISCOVERY CUTOFF AND MODIFICATION OF PRETRIAL PREPARATION ORDER**<br><br>Dept.: 10<br><br>**Judge: The Honorable Susan Illston** |

Plaintiff GA Escrow, LLC ("GA Escrow" or "Plaintiff") and defendant Autonomy Corporation PLC ("Autonomy" or "Defendant") respectfully submit this Stipulation and Proposed Order for Extension of Discovery Cuttoff and Modification of Pretrial Preparation Order.

**1.    Settlement and ADR.**

The parties have participated in three settlement conferences before Judge Spero - the first on August 18, 2009, the second on October 7, 2009, and the third of March 4, 2010. Although no settlement has been reached, the parties agreed to continue to discuss the possibility for a resolution of this matter, and agreed to schedule an additional conference before Judge Spero either following expert discovery or after the filing of dispositive motions.

**2.    Scheduling.**

On September 8, 2009, this Court, pursuant to a stipulation of the parties, signed an order staying all discovery and corresponding discovery deadlines in this matter. On December 14, 2009, the Court signed a Second Pretrial Preparation Order setting new discovery deadlines and a trial date of July 26, 2010. A copy of that order is attached hereto as Exhibit A. Consistent with that order Non-Expert Discovery is to close Friday, March 12, 2010. Due to a death in the family of Plaintiff's counsel, depositions in New York scheduled for the week of March 8, 2010 had to be rescheduled. This also has required the rescheduling of other depositions. Counsel for defendant graciously has agreed to stipulate to a two week extension of the fact discovery cutoff and corresponding expert discovery deadlines to accommodate these rescheduled depositions. The requested modification does not impact the date for filing dispositive motions or the trial date. As such, the parties respectfully request that the Pretrial Preparation Order be modified to conform to the following revised case schedule:

| | |
|---|---|
| Fact discovery closes: | March 31, 2010 |
| Expert disclosures: | April 9, 2010 |
| Rebuttal expert disclosures: | April 23, 2010 |
| Expert discovery closes: | May 4, 2010 |

- 1 -

Case No.
C08-01784-SI         STIPULATION AND PROPOSED ORDER

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 9 4111

| | |
|---|---|
| Last day to file dispositive motions: | May 14, 2010 |
| Opposition Due: | May 28, 2010 |
| Reply Due: | June 4, 2010 |
| Hearing Date no later than: | June 18, 2010 |
| Pretrial Conference: | July 13, 2010 |
| Trial: | July 26, 2010 |

DATED: March 5, 2010         SHARTSIS FRIESE LLP

By: ____*/s/ Gregg S. Farano*____
GREGG S. FARANO
Attorneys for Plaintiff
GA ESCROW, LLC

DATED:  March 5, 2010         DOLL AMIR & ELEY LLP

By: ____*/s/ Gregory Lawrence Doll*____
*(with permission)*
GREGORY LAWRENCE DOLL
Attorneys for Defendant
AUTONOMY CORPORATION PLC

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the following case schedule be adopted:

1. The Parties shall complete non-expert discovery no later than March 31, 2010.
2. The Parties shall designate experts no later than April 9, 2010.
3. The Parties shall designate rebuttal experts no later than April 23, 2010;
4. The Parties shall complete expert discovery no later than May 4, 2010;
5. The Parties shall file dispositive motions no later than May 14, 2010;
6. The Pre-Trial Conference for this matter will take place on July 13, 2010; and
7. The Trial for this matter will commence on July 26, 2010.

**IT IS SO ORDERED.**

Dated: _____          _____
The Honorable Susan Illston
United States District Judge

- 2 -

Case No.
C08-01784-SI                    STIPULATION  AND PROPOSED ORDER

## ECF CERTIFICATION

I, Gregg S. Farano, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order for Extension of Discovery Cutoff and Modification of Pretrial Preparation Order. In compliance with General Order 45.X.B, I hereby attest that Gregory Lawrence Doll has concurred in this filing.

DATED: March 5, 2010       SHARTSIS FRIESE LLP

               By:  */s/ Gregg S. Farano*
                  GREGG S. FARANO
               Attorneys for Plaintiff
               GA ESCROW, LLC

7602\001\1637065.1