**DOLL AMIR & ELEY LLP**
Gregory L. Doll (SBN 193205)
gdoll@dollamir.com
Hemmy So (SBN 259374)
hso@dollamir.com
1888 Century Park East
Suite 1106
Los Angeles, California  90067
Telephone: (310) 557-9100
Facsimile:  (310) 557-9101
Attorneys for Defendants
AUTONOMY CORPORATION PLC

**SHARTSIS FRIESE LLP**
Arthur J. Shartsis (SBN 51549)
ashartsis@sflaw.com
Gregg S. Farano (Bar #221505)
gfarano@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Attorneys for Plaintiff
GA ESCROW, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, a Representative for the Escrow Participants,<br><br>        Plaintiff,<br><br>        v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales<br><br>        Defendants. | CASE NO.  C08-01784-SI<br><br><br>**STIPULATION AND [PROPOSED] ORDER ON STIPULATION RE SCHEDULING OF EXPERT WITNESS DEPOSITIONS** |

**WHEREAS**,

    1.      Per this Court's March 10, 2010 order, expert discovery closes on May 4, 2010;

    2.      Lead counsel for Defendant Autonomy Corporation plc has scheduling conflicts that preclude his ability to attend expert witness depositions that fall before the expert discovery cut-off date;

    3.      The parties have met and conferred, and agree to hold such depositions on May 18 and 19, 2010, dates that fall outside the expert discovery period;

    4.      The parties therefore respectfully request this Court allow the parties to conduct expert witness depositions on May 18 and 19, 2010.

**IT IS HEREBY STIPULATED:**

    The parties agree to conduct expert witness depositions on May 18 and 19, 2010, dates that fall outside the expert discovery period, and request such from this Court.

Dated: May 4, 2010               DOLL AMIR & ELEY

                               By   */s/ Gregory L. Doll*        .
                                    Gregory L. Doll
                                    Attorneys for Defendant
                                    AUTONOMY CORPORATION PLC

Dated: May 4, 2010               SHARTSIS FRIESE LLP

                               By   */s/ Gregg S. Farano* (w/ permission)   .
                                    Gregg S. Farano
                                    Attorneys for Plaintiff GA ESCROW, LLC

**[PROPOSED] ORDER RE SCHEDULING OF EXPERT WITNESS DEPOSITIONS**

    Good cause having been shown, the parties may conduct expert witness depositions on May 18 and 19, 2010, dates that fall past the expert discovery cut-off date of May 4, 2010.

**PURSUANT TO THE STIPULATION IT IS SO ORDERED.**

Dated: _____     _____
                                             The Honorable Susan Illston
                                           United States District Judge

1

## ECF CERTIFICATION

2      I, Gregory L. Doll, am the ECF user whose identification and password are being used

3 to file this Stipulation and [PROPOSED] Order on Stipulation re Scheduling of Expert Witness

4 Depositions. In compliance with General Order 45.X.B, I hereby attest that Gregg S. Farano has

5 concurred in this filing.

6

7 DATED: May 4, 2010

8
                                        DOLL AMIR & ELEY LLP
9
                                        By   _/s/ Gregory L. Doll_____.
10                                              Gregory L. Doll
                                        Attorneys for Defendant
11                                      AUTONOMY CORPORATION PLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON STIPULATION CONTINUING FURTHER SETTLEMENT CONFERENCE