SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
GREGG S. FARANO (Bar #221505)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Emails:  ashartsis@sflaw.com, gfarano@sflaw.com

Attorneys for Plaintiff
GA ESCROW, LLC


DOLL AMIR & ELEY LLP
GREGORY L. DOLL (Bar # 193205)
HEMMY SO (Bar #259374)
1888 Century Park East, Suite 1106
Los Angeles, CA  90067
Telephone:  (310) 557-9100
Facsimile:  (310) 557-9101
Emails:   gdoll@dollamir.com, hso@dollamir.com

Attorneys for Defendant
AUTONOMY CORPORATION PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, as Representative for the Escrow Participants,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales,<br><br>Defendant. | Case No.  C08-01784-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE**<br><br>Date:   August 30, 2010<br>Time:   8:30 a.m.<br>Dept.:   10<br><br>**Judge:    The Honorable Susan Illston** |

Case No.
C08-01784-SI

STIPULATION

1. This matter is currently set for trial on Monday, August 30, 2010 at 8:30 AM.

2. On August 12, 2010, the parties participated in a further settlement conference before Magistrate Judge Joseph Spero. At the conference the parties entered into a final and binding agreement to settle the above referenced matter. The parties are working together in good faith to produce a formal settlement agreement and at that time will request that this matter be dismissed.

3. The parties therefore respectfully request that the trial set for August 30, 2010 be continued indefinitely. Similarly, the parties request that the pretrial conference set for August 24, 2010 be taken off calendar.

DATED: August 13, 2010            SHARTSIS FRIESE LLP

                                  By:  /s/ Gregg S. Farano
                                       GREGG S. FARANO
                                  Attorneys for Plaintiff
                                  GA ESCROW, LLC

DATED: August 13, 2010            DOLL AMIR & ELEY LLP

                                  By:  /s/ Hemmy So
                                       HEMMY SO
                                  Attorneys for Defendant
                                  AUTONOMY CORPORATION PLC

## [PROPOSED] ORDER CONTINUING TRIAL DATE

4. Good cause having been shown, the trial in this matter scheduled for August 30, 2010 at 8:30 AM is ~~continued indefinitely~~ vacated. The pretrial conference set for August 24, 2010 is taken off calendar.

Dated: _____          _____
                                     The Honorable Susan Illston
                                     United States District Judge

7602\001\1666985.1

A further case management conference has been scheduled to occur on October 7, 2010, at 3:00 p.m. A joint case management conference statement shall be filed one week prior.

- 1 -

Case No. C08-01784-SI            STIPULATION