| | |
|---|---|
| 1 | SHARTSIS FRIESE LLP |
| | ARTHUR J. SHARTSIS (Bar #51549) |
| 2 | GREGG S. FARANO (Bar #221505) |
| | One Maritime Plaza, Eighteenth Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 421-6500 |
| 4 | Facsimile: (415) 421-2922 |
| | Email: ashartsis@sflaw.com |
| 5 |        gfarano@sflaw.com |
| 6 | Attorneys for Plaintiff |
| | GA ESCROW, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GA ESCROW, LLC, a Delaware limited liability company, a Representative for the Escrow Participants, | Case No. C-08-1784 SI |
| | **STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| AUTONOMY CORPORATION PLC, a corporation formed under the laws of England and Wales, | Judge: The Honorable Susan Illston |
| | Complaint Filed: March 4, 2008 |
| Defendants. | |

**PLEASE TAKE NOTICE** that, the parties have settled this action and that this action is hereby voluntarily dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED:   October 20, 2010                        SHARTSIS FRIESE LLP


                                                 By: */s Gregg S. Farano*
                                                         GREGG S. FARANO

                                                 Attorneys for Plaintiff
                                                 GA ESCROW, LLC

- 1 -

Case No.
C-08-1784 SI         STIPULATION AND NOTICE OF VOLUNTARY
                          DISMISSAL WITH PREJUDICE

| | |
|---|---|
| DATED: October 20, 2010 | DOLL AMIR & ELEY LLP |
| | By: */s Gregory L. Doll* |
| | GREGORY L. DOLL |
| | Attorneys for Defendant |
| | AUTONOMY CORPORATION PLC |

7602\001\1680244.1

**IT IS SO ORDERED**

*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

Case No.
C-08-1784 SI

STIPULATION AND NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE